# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| LEVAR LEE SPENCE, | : | No. 43 MAP 2022 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 319 |
| | : | MD 2021 dated February 18, 2022 |
| v. | : | |
| | : | |
| | : | |
| | : | |
| THOMAS L. MCGINLEY, COAL | : | |
| TOWNSHIP SCI SUPERINTENDENT, DR. | : | |
| LAUREL R. HARRY, DEPT OF CORR | : | |
| ACTING SEC'Y, MICHELLE ANN HENRY, | : | |
| PA ATTY GEN (CHIEF CUSTODIAN), AND | : | |
| JOSH SHAPIRO, PA GOVERNOR, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                        **DECIDED: February 22, 2023**

**AND NOW,** this 22nd day of February, 2023, the order of the Commonwealth Court is **AFFIRMED**.